**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.  )<br>)<br>SHALOME M. ODOKARA, )<br>)<br>Defendant )  | CRIMINAL NO. 2:08-CR-136-DBH |

**ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE**

I am delighted to learn of Ms. Odokara's success to date on her supervised release. It appears that the defendant has about six months remaining. I am denying the request for early termination in light of the defendant's earlier history, where she engaged in criminal activity after being placed on probation. If there are particular conditions of supervised release that the defendant believes are inappropriately hindering her ability to find remunerative work or a desire to move when she is physically and mentally able, she is free to seek a modification of particular conditions. I encourage Ms. Odokara to continue her positive efforts.

**SO ORDERED.**

**DATED THIS 2ND DAY OF NOVEMBER, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**